## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| DESMOND BANKS, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>  v.<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>        Defendant. | Case No. 4:25-cv-00564<br><br>Removed from the City of St. Louis Circuit Court, Missouri, Case No. 2522-CC00514 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant CoStar Realty Information, Inc. ("CoStar"), by and through its undersigned counsel, respectfully moves this Court for an order extending CoStar's time to answer or otherwise respond to the Complaint, up to and including May 30, 2025. In support of this Motion, CoStar states as follows:

1. Plaintiff Desmond Banks ("Plaintiff") filed a Complaint on March 20, 2025.

2. CoStar was served on March 25, 2025, making its responsive pleading deadline April 24, 2025.

3. Because CoStar had not answered prior to removal, its deadline to respond to the Complaint is April 30, 2025.

4. CoStar requests an extension until May 30, 2025 to answer or otherwise plead as it recently retained counsel and needs additional time to investigate the allegations in the Complaint and prepare an appropriate response.

5. This is CoStar's first request for an extension, and the extension is sought in good faith and not for the purposes of delay. No other extensions have been requested in this Action.

1

6.      Counsel for CoStar conferred with Plaintiff's counsel, and Plaintiff's counsel consented to an extension of 30 days.

WHEREFORE, Defendant CoStar Realty Information, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until May 30, 2025.

Dated: April 24, 2025.                    Respectfully submitted,

By:    */s/ Colby M. Everett*
        Colby M. Everett (#72403 MO)
        BakerHostetler
        1801 California Street
        Suite 4400
        Denver, CO 80202
        (303) 764-4062
        ceverett@bakerlaw.com

        *Attorneys for Defendant Costar Realty
        Information, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, a true and correct copy of the foregoing document

was served via email and U.S. mail upon the following:

Lanny Darr (#42038)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
darr@darrfirm.com

Eugene Y. Turin (pro hac vice to be filed)
Jordan R. Frysinger (pro hac vice to be filed)
McGuire Law, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
eturin@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

/s/Colby M. Everett
Colby M. Everett

3