**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| DESMOND BANKS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>Defendant. | Case No. 4:25-cv-00564 |

## DEFENDANT COSTAR REALTY INFORMATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant CoStar Realty Information, Inc. respectfully requests that the Court enter an order dismissing Plaintiff Desmond Bank's Class Action Complaint with prejudice. A memorandum of law in support of this Motion is submitted together with this Motion.

Dated: May 23, 2025                     Respectfully submitted,


By:    */s/ Colby M. Everett*
        Colby M. Everett #72403 (MO)
        **Baker & Hostetler LLP**
        1801 California Street, Suite 4400
        Denver, CO 80202
        Tel: (303) 861-0600
        Fax: (303) 861-7805
        ceverett@bakerlaw.com

        Bonnie Keane DelGobbo (*pro hac vice*)
        **Baker & Hostetler LLP**
        One North Wacker Drive, Suite 3700
        Chicago, IL 60606
        Tel: (312) 416-6200

- 2 -

Fax: (312) 416-6201
bdelgobbo@bakerlaw.com

*Attorneys for Defendant CoStar Realty
Information, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, May 23, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Colby M. Everett*
Colby M. Everett