**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DESMOND BANKS, individually
and on behalf of a class of similarly situated
individuals,

Plaintiff,

v.

COSTAR REALTY INFORMATION, INC.,

Defendant.

Case No. 4:25-cv-00564

**NOTICE OF CONSTITUTIONAL QUESTION**

To: Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(A), that Defendant CoStar Realty Information, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Defendant argues that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of Defendant's Motion to Dismiss, memorandum in support, and this Notice of Constitutional Question will be served upon the United States Attorney General.

Dated: May 23, 2025

Respectfully submitted,

By: */s/ Colby M. Everett*

Colby M. Everett #72403 (MO)
**Baker & Hostetler LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
ceverett@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
bdelgobbo@bakerlaw.com

*Attorneys for Defendant CoStar Realty Information, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, May 23, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Colby M. Everett*
Colby M. Everett