**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DESMOND BANKS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>Defendant. | Case No. 4:25-cv-00564<br><br>Removed from the City of St. Louis Circuit Court, Missouri, Case No. 2522-CC00514 |

**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant CoStar Realty Information, Inc. ("CoStar"), by and through its undersigned counsel, respectfully moves this Court for an order allowing CoStar to file a notice of supplemental authority in support of its pending motion to dismiss, which cites a federal appellate court opinion that was issued after briefing closed. In support of this Motion, CoStar states as follows:

1. Plaintiff Desmond Banks ("Plaintiff") filed a Complaint on March 20, 2025.

2. On May 23, 2025, CoStar filed a motion to dismiss. (ECF Nos. 13, 14, 15, 23.)

3. Briefing on CoStar's motion was completed on July 7, 2025. (ECF No. 23.)

4. On August 12, 2025, the United States Court of Appeals for the District of Columbia Circuit issued an opinion addressing what it means to be a "consumer" within the meaning of 18 U.S.C. § 2710(a)(1), which supports one of the arguments CoStar makes in its pending motion to dismiss. (*See* ECF No. 14 at 4-6; ECF No. 23 at 2-5.) There is also a concurring opinion addressing what it means to be a "video tape service provider" within the meaning of 18 U.S.C. § 2710(a)(4), which supports one of the arguments CoStar makes in its pending motion to

dismiss and provides an additional basis for dismissal. (*See* ECF No. 14 at 2-4; ECF No. 23 at 1-2.)

5. Local Rule 4.01 provides that any additional memorandum may only be filed with leave of court. To the extent that a notice of supplemental authority is considered an additional memorandum, Costar respectfully requests that leave be granted. A copy of the proposed notice of supplemental authority is attached hereto as **Exhibit 1.**

WHEREFORE, Defendant CoStar Realty Information, Inc. respectfully requests leave to file a notice of supplemental authority.

Dated: August 15, 2025

Respectfully submitted,

By: */s/ Bonnie Keane DelGobbo*

Colby M. Everett (#72403 MO)
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
(303) 764-4062
ceverett@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Tel: (312) 416-6200
Fax: (312) 416-6201
bdelgobbo@bakerlaw.com

*Attorneys for Defendant CoStar Realty Information, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will

*/s/ Bonnie Keane DelGobbo*
*Counsel for CoStar*