# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DESMOND BANKS, individually and on behalf of a class of similarly situated individuals, <br><br> *Plaintiff*, <br> v. <br><br> COSTAR REALTY INFORMATION, INC., <br><br> *Defendant*. | Case No. 4:25-cv-00564 <br><br> Removed from the City of St. Louis Circuit Court, Missouri, Case No. 2522-CC00514 |

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Desmond Banks ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court for an order allowing Plaintiff to file a notice of supplemental authority in support of his Opposition to Defendant CoStar Realty Information, Inc.'s ("Defendant") Motion to Dismiss, which cites a court opinion that was issued after briefing closed. In support of his Opposition, Plaintiff states as follows:

1. Plaintiff filed a Complaint on March 20, 2025, alleging a single cause of action under the Video Privacy Protection Act ("VPPA").

2. On May 23, 2025, Defendant filed its Motion to Dismiss. (ECF Nos. 13, 14, 15.)

3. Briefing on Defendant's Motion to Dismiss was completed on July 7, 2025. (ECF No. 23.)

4. The Northern District of Illinois's decision *Krueger v. Chess.com, LLC*, occurred after briefing closed where the defendant's motion to dismiss was denied as the court found that the plaintiff successfully alleged a VPPA claim. *Krueger v. Chess.com, LLC*, No. 1:24-CV-05722 (EEC), (N.D. Ill. Sep. 28, 2025). Specifically, the *Kreuger* court addressed what it means to be a

"consumer" under the VPPA, what it means to be a "video tape service provider" under the VPPA, and what allegations are sufficient to plausibly state a defendant disclosed "personal information" under the VPPA, all which support Plaintiff's arguments he makes in his Opposition to Defendant's Motion to Dismiss.

5. Local Rule 4.01 provides that any additional memorandum may only be filed with leave of court. To the extent that a notice of supplemental authority is considered an additional memorandum, Plaintiff respectfully requests that leave be granted. A copy of the proposed notice of supplemental authority is attached hereto as **Exhibit 1.**

WHEREFORE, Plaintiff Desmond Banks respectfully requests leave to file a notice of supplemental authority.

DATED: October 8, 2025

Respectfully submitted,

DESMOND BANKS, individually and on behalf of similarly situated individuals

By: */s/ Jordan R. Frysinger*
One of Plaintiff's Attorneys

Lanny Darr (#42038)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
Tel: (618) 208-6828
darr@darrfirm.com

Eugene Y. Turin
Jordan R. Frysinger
McGuire Law, P.C.
Firm ID: 56618
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I, Jordan R. Frysinger, hereby certify that I caused a copy of the foregoing to be served on all counsel of record, by operation of the Court's CM/ECF system, on October 8, 2025.

*/s/ Jordan R. Frysinger*
*Attorney for Plaintiff*
